UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARCY ROUEGE | * | CIVIL ACTION NO. 2:19-cv-02357 |
| | * | |
| VERSUS | * | JUDGE BARRY W. ASHE |
| | * | |
| BOURBON STREET MANAGEMENT, LLC, 516 ENTERPRISES, LLC, MADELINE SCHWARTZ AND KEVIN FILLOON | * * * * | MAG. JUDGE KAREN WELLS ROBY |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Marcy Rouege, and Defendants, 241 Enterprises, LLC, Madeline Schwartz and Kevin Filloon, through undersigned counsel, file this Joint Motion for Dismissal with Prejudice and respectfully state as follows:

1.

Plaintiff and Defendants move this Court for a Judgment and Order dismissing Plaintiff's claims against Defendants, with prejudice, because the controversies which led to the filing of this matter have been resolved.

2.

The parties have agreed to bear their own respective attorneys' fees and costs incurred in connection with this case.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court enter a Judgment and Order dismissing Plaintiff's claims against Defendants, with prejudice, with each party bearing its own attorneys' fees and costs.

Date:  November 18, 2019

                                                            Respectfully submitted,

| | |
|---|---|
| */s/ Amanda J. Butler* | */s/ Timothy H. Scott* |
| AMANDA J. BUTLER | TIMOTHY H. SCOTT |
| Louisiana Bar No. 31644 | Louisiana Bar No. 21373 |
| **BUSINESS LAW GROUP, LLC** | LAWRENCE J. SOROHAN |
| 700 Camp Street, Suite 405 | Louisiana Bar No. 26120 |
| New Orleans, LA  70130 | **FISHER & PHILLIPS LLP** |
| Telephone:  (504) 528-9500 | 201 St. Charles Ave., Suite 3710 |
| Facsimile:  (504) 754-7776 | New Orleans, LA 70170 |
| abutler@lawgroup.biz | Telephone: (504) 522-3303 |
| | Facsimile: (504) 529-3850 |
| **COUNSEL FOR PLAINTIFF** | Email:  tscott@fisherphillips.com |
| | Email:  lsorohan@fisherphillips.com |
| */s/ Leonard Louis Levenson* | |
| LEONARD LOUIS LEVENSON | **COUNSEL FOR DEFENDANT,** |
| Louisiana Bar No. 8675 | **241 ENTERPRISES, LLC** |
| CHRISTIAN WAYNE HELMKE | |
| Louisiana Bar No. 29594 | */s/ Timothy R. Richardson* |
| COLLEEN BOYLE GANNON | TIMOTHY R. RICHARDSON |
| Louisiana Bar No. 23660 | Louisiana Bar No. 27625 |
| DONNA R. BARRIOS | **RICHARDSON LAW GROUP, LLC** |
| Louisiana Bar No. 32093 | P.O. Box 310 |
| **LEONARD L. LEVENSON & ASSOCIATES** | Madisonville, LA  70447 |
| 424 Gravier Street | Telephone: (985) 302-3022 |
| First Floor | trichardson@usryweeks.com |
| New Orleans, LA  70130 | |
| Telephone:  (504) 586-0066 | **COUNSEL FOR DEFENDANT,** |
| lenlawyer@aol.com | **KEVIN FILLOON** |
| cwhelmke@gmail.com | |
| cbgannon@bellsouth.net | |
| dbarrios@bellsouth.net | |
| | |
| **COUNSEL FOR DEFENDANT,** | |
| **MADELINE SCHWARTZ** | |